IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| UNION HOME MORTGAGE CORP., | ) )  ) |
| Plaintiff, | ) Case No.: 4:21-cv-19 ) |
| v. | ) ) Judge Pearson ) |
| DOMINIK KLINGSHIRN, | ) ) |
| Defendant. | ) |

## JOINT MOTION FOR ENTRY OF
## AGREED INJUNCTION AND DISMISSAL

The parties, by counsel, jointly move the Court for the entry of the proposed Agreed Injunction attached hereto as Exhibit "A." The parties have informally resolved the underlying dispute and, as part of that resolution, have agreed to the entry of this injunction. The parties also stipulate and agree that the case can be dismissed, subject to the Court retaining jurisdiction to enforce the Agreed Injunction.

/s/ Jason T. Clagg
Jason T. Clagg (0097303)
(jason.clagg@btlaw.com)
BARNES & THORNBURG LLP
888 S. Harrison Street, Suite 600
Fort Wayne, IN 46802
Telephone:  (260) 423-9440
Facsimile:  (260) 424-8316

/s/ Michael P. O'Donnell w/consent
Michael P. O'Donnell
(modonnell@brouse.com)
BROUSE MCDOWELL
600 Superior Avenue East, Suite 1600
Cleveland, OH  44114
Telephone:  216.830.6841
Facsimile:  216.830.6807

*ATTORNEYS FOR DEFENDANT*

Paul Garinger (0079897)
(paul.garinger@btlaw.com)
BARNES & THORNBURG LLP
41 South High Street, Suite 3300
Columbus, OH 43215
Telephone: (614) 628-0096
Facsimile: (614) 628-1433

*ATTORNEYS FOR PLAINTIFF*